In the Matter of the Accounting of FRIEND L. TUTTLE et al., as Executors of PERRY J. FULLER, Deceased.

FRIEND L. TUTTLE, Appellant and Respondent; CHARLES H. DOUGLAS, Individually and as Executor of EMMA F. DOUGLAS, Deceased et al., Respondents and Appellants.

Argued May 16, 1945; decided June 14, 1945.

*Richard Steel* for Friend L. Tuttle, appellant and respondent.

*Walter H. Young* for Charles H. Douglas, individually and as executor of Emma F. Douglas, deceased, and others, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.